UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Adrian Burdier, | : <br> : <br> : Civil Action No.: 1:18-cv-04716-ER <br> : <br> Plaintiff,   : <br> v.   : <br> : <br> National Grid USA Service Company, Inc.,   : <br> : <br> Defendant.   : <br> : |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE
### PURSUANT TO RULE 41(a)

Adrian Burdier ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: August 28, 2018

                                                    Respectfully submitted,

                                                    By: /s/ Sergei Lemberg

                                                    Sergei Lemberg (SL 6331)
                                                    Lemberg Law, L.L.C.
                                                    43 Danbury Road, 3rd Floor
                                                    Wilton, CT 06897
                                                    Telephone: (203) 653-2250
                                                    Facsimile:  (203) 653-3424
                                                    Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 28, 2018, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Southern District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                       By /s/ Sergei Lemberg

                                            Sergei Lemberg